Case 2:09-cv-01007   Document 1-1   Filed 09/16/09   Page 1 of 7 PageID #: 5

# EXHIBIT A

**SUMMONS AND COMPLAINT**

387793-1.wpd

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E
Charleston, WV  25305



9171 9237 9000 1000 1262 86



**Natalie E. Tennant**
Secretary of State
Telephone: 304-558-6000
Toll Free: 866-SOS-VOTE
www.wvsos.com

Baker Installation Inc.
c/o Fredrick P. Baker
4121 West Washington Rd.
McMurray PA  15317-2563

ControlNumber: 282042
Defendant: Baker Installation Inc.

8/17/2009
Civil Action: 09-C-624

I am enclosing:

| | | |
|---|---|---|
| ____ summons | ____ affidavit | _1_ summons and complaint |
| ____ notice | ____ answer | ____ summons returned from post office |
| ____ order | ____ cross-claim | ____ summons and amended complaint |
| ____ petition | ____ counterclaim | ____ 3rd party summons and complaint |
| ____ motion | ____ request | ____ no return from post office |
| ____ suggestions | ____ certified return receipt | ____ notice of mechanic's lien |
| ____ interrogatories | ____ request for production | ____ suggestee execution |
| ____ original | ____ request for admissions | ____ Other |
| ____ subpeona duces tecum | | |

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in the name and on behalf of your unauthorized foreign corporation.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in your name and on behalf as your attorney-in-fact. Please address any questions about this document directly to the court or the plantiff's attorney, shown in the enclosed paper. Please do not call the Secretary of State's office.*

Sincerely,

*Natalie E Tennant*

Natalie E. Tennant
Secretary of State

**EXHIBIT A**

# CIRCUIT COURT OF KANAWHA COUNTY, WEST VIRGINIA

Marc Dean
514 Main Street
Charleston WV 25313 _Plaintiff_

Case No. 09-C-1624

v.

Baker Installation Inc.
c/o Fredrick P Baker
4121 West Washington Rd
McMurray PA 15317 _Defendant_

## SUMMONS

To the above-named Defendant:

IN THE NAME OF THE STATE OF WEST VIRGINIA, you are hereby summoned and required to serve upon Eunice L. Green plaintiff's attorney, whose address is P.O. Box 893 Dunbar WV 25064, an answer, including any related counterclaim you may have, to the complaint filed against you in the above styled civil action, a true copy of which is herewith delivered to you. You are required to serve your answer within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint and you will be thereafter barred for asserting in another action any claim you may have which must be asserted by counterclaim in the above styled civil action.

Dated: Aug 14-2009

Cathy S. Gatson
Clerk of Court

By [signature]
Deputy Clerk

IN THE CIRCUIT COUR TO KANAWHA COUNTY, WEST VIRGINIA

MARC DEAN

    Plaintiff

Vs.

BAKER INSTALLATION, Inc.

09-C-624

## COMPLAINT

Plaintiff, Marc Dean, hereinafter referred to as Plaintiff, acting by and through her undersigned counsel, Eunice Green, Esq., files this Original Complaint against Defendants: Baker Installation and for causes of action of race discrimination within the meaning of Title VII of the Civil Rights Act of 1964, as amended, and would and respectfully show the Court as follows:

1. Plaintiff is a resident of Kanawha County, Charleston, West Virginia.

2. Defendant is a corporation doing business in Kanawha County and the State of West Virginia.

3. On about April 24, 2004 plaintiff became an employer of the defendant company as a cable installer.

4. Plaintiff first position was located in Charleston, West Virginia were he worked cable installer after which he was temporally transferred to the Teays Valley office.

5. Upon the request of the management, he was permanently transferred to the Teays Valley office.

6. Initially there were six black males employed by the defendant at the time of his employment.

7. Defendant systematically terminated and/or causes to leave each black employee without chance of return, inclusive of plaintiff.

8. Plaintiff first encounter with the racially hostile environment began soon after he began working.

9. The defendant claimed that plaintiff had left equipment with a customer. Although plaintiff explained that he was instructed to do so by dispatcher, he was forced to sign a disciplinary reprimand under threat of termination.

10. Plaintiff asserts that blacks inclusive of himself were differentially treated than that of his white counterparts.

11. Black employees were directed to work assignments in remote areas of the city were they were subjected to racial harassment.

12. Blacks as that of the plaintiff were given clean up jobs that the white employees had failed to complete and/or had done incorrectly.

13. Blacks employees as that of the plaintiff were treated with disrespect and differentially in situations of disciplinary action and/or termination.

14. On or about June 21, 2007, plaintiff received a complaint that he had failed to complete a job assignment.

15. Subsequent to that complaint, plaintiff accompanied the supervisor

to the site of the alleged complaint and showed supervisor that the job had been completed according to company policy.

16. Supervisor informed plaintiff that he would call into Sudden link and indicate the correction concerning the job completion.

17. However, on or about June 22, 2007 plaintiff was accused of lying on his paper work regarding the completion of the assigned job performance.

18. On the 22nd day of June, plaintiff was unjustly terminated.

19. Plaintiff was subjected to acts of discrimination throughout his employment, which created a hostile working environment.

20. Following his termination, plaintiff has been denied his rightful benefits of vacation and other benefits due him.

21. As a result of the failure of defendant to compensate him for his benefit, defendants continue to discriminate against plaintiff unjustly.

22. Plaintiff was subjected to racial discrimination within the meaning of Title VII of the Civil Rights Act of 1964, as amended.

MARC DEAN
BY COUNSEL

*Eunice Bruce*
EUNICE L. GREEN #3742
ATTORNEY AT LAW
P. O. BOX 893
Dunbar, WV 25064
304-766-9474

VERIFICATION OF PLEADINGS

I, Marc Dean after being duly sworn, upon oath, says the facts and allegations contained herein are true, except insofar, as they are therein stated to be upon information and belief, and insofar as they are stated to be upon information ad belief, believes them to be true.

*Marc Dean*

Taken, subscribed to and sworn before me this 4 day of APRIL, 2009.

My Commission expires: July 22, 2013

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
KATHRYN M. ROBINSON
Robinson Solutions, LLC
829 Shrewsbury Drive
St. Albans, WV 25177
My Commission Expires July 22, 2013

NOTARY PUBLIC