```
        UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF WEST VIRGINIA
              CHARLESTON DIVISION
```

MARC DEAN,

      Plaintiff,

v.                                                    CASE NO. 2:09-1007

BAKER INSTALLATION,

      Defendant.

## JUDGMENT ORDER

In accordance with the order entered this same day in the above-styled civil action, it is ORDERED and ADJUDGED that this action be, and it hereby is, dismissed without prejudice and stricken from the docket.

The Clerk is directed to forward copies of this order to all counsel of record and to the plaintiff, Marc Dean, at 514 Main Street, Charleston, West Virginia 25302.

      DATED: July 9, 2010

      _____
      John T. Copenhaver, Jr.
      United States District Judge